# UNITED STATES BANKRUPTCY COURT
## MIDDLE **DISTRICT OF** FLORIDA
### ORLANDO **DIVISION**

In re:                                          §
                                                §
Continental Electrical Co. Of Florida, Inc.     §        Case No. 6:14-bk-10307-CCJ
                                                §
          Debtor                                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Leigh R. Meininger, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 577,890.86            Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  146,298.97        Claims Discharged
                                                     Without Payment:  NA

Total Expenses of Administration:  106,811.83

---

3) Total gross receipts of $ 253,110.80  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 253,110.80  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 21,991.75 | $ 23,787.85 | $ 23,787.85 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 106,811.83 | 106,811.83 | 106,811.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 6,649.91 | 6,649.91 | 6,649.91 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 563,408.10 | 563,408.10 | 115,861.21 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 698,861.59 | $ 700,657.69 | $ 253,110.80 |

4) This case was originally filed under chapter 7 on 09/10/2014 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/23/2017                    By:/s/Leigh R. Meininger

                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable: Clancy & Theys | 1121-000 | 16,660.39 |
| Accounts Receivable: Dubsdread Tap Room | 1121-000 | 5,000.00 |
| Accounts Receivable: Duke Realty | 1121-000 | 172.50 |
| Accounts Receivable: Eucalyptus Properties | 1121-000 | 1,005.51 |
| Accounts Receivable: Hilton Parc Soleil | 1121-000 | 1,151.60 |
| Accounts Receivable: James A. Cummings, Inc. | 1121-000 | 24,046.60 |
| Accounts Receivable: MJL Property Mgmt. | 1121-000 | 531.00 |
| Accounts Receivable: Presidio Network | 1121-000 | 0.00 |
| Accounts Receivable: RD Michaels | 1121-000 | 27,955.07 |
| Accounts Receivable: Structural Waterproofing | 1121-000 | 165.24 |
| Accounts Receiveable: Alexander Whitt | 1121-000 | 343.23 |
| 12X6 flat trailer, VIN: NOVIN0200298607 | 1129-000 | 412.50 |
| 1977 Ford F800 box truck, VIN: N80FV085997 | 1129-000 | 990.00 |
| 1985 Ford F700 bucket truck, VIN: 1 FDNK74N1 FVA29366 | 1129-000 | 2,475.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1988 GMC 6000 box truck, VIN: 1 GDE6D1 B3JV506496 | 1129-000 | 1,540.00 |
| 1994 Ford F250 (panel sides), VIN: 1 FTHF25H7RNB65264 | 1129-000 | 2,200.00 |
| 1999 Ford F150, VIN: 1 FTRF17W4XNB62250 | 1129-000 | 2,420.00 |
| 1999 Ford F250 P/U Shop, VIN: 1 FTNF20L6XEE87194 | 1129-000 | 4,400.00 |
| 2003 Ford Van E250, VIN: 1 FTNE24L63H634475 | 1129-000 | 5,500.00 |
| 2004 Ford Van E250, VIN: 1 FTNE24W04HB34029 | 1129-000 | 5,775.00 |
| 2005 Ford F150, VIN: 1 FTPW12505FA99760 | 1129-000 | 8,800.00 |
| 2005 GMC Savana 2500, VIN: 1 GTGG25V951228090 | 1129-000 | 4,400.00 |
| 2005 GMC Savana 2500, VIN: 1 GTGG25V951228543 | 1129-000 | 7,150.00 |
| 2005 GMC Sierra 1500, VIN: 1 GTEC14V45Z237540 | 1129-000 | 5,775.00 |
| 2008 GMC Denali, VIN 2G T E K638281301941 | 1129-000 | 19,000.00 |
| 2008 GMC Savana 2500, VIN: 1 GPGG25C481123301 | 1129-000 | 8,250.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 GMC Savana 2500, VIN: 1 GTGG25C081182247 | 1129-000 | 8,250.00 |
| 2008 GMC Savana 2500, VIN: 1 GTGG25C481223558 | 1129-000 | 6,875.00 |
| 2008 GMC Savana 2500, VIN: 1 GTGG25C481223995 | 1129-000 | 13,750.00 |
| 2008 GMC Savana 2500, VIN: 1 GTGG25C581128295 | 1129-000 | 4,675.00 |
| 2008 GMC Sierra FLT, VIN: 3GTEC 7 3J98G281679 | 1129-000 | 13,200.00 |
| Artillery Trailer, 14', VIN: NOVIN0200021599 | 1129-000 | 275.00 |
| Duai wheel utility trailer, VIN: NOVIN000090013376 | 1129-000 | 550.00 |
| Generators, grinders, saws, saws, paint guns, drills, gang b | 1129-000 | 48,330.70 |
| Tugger trailer, VIN: NOVIN0200021604 | 1129-000 | 110.00 |
| Utility trailer (red), VIN: NOVIN000081977574 | 1129-000 | 467.50 |
| Refund from Office Depot Account | 1229-000 | 3.60 |
| Refund from Ricoh | 1229-000 | 149.88 |
| Refund from United Healthcare | 1229-000 | 329.85 |
| Settlment Proceeds  - Class Action Lawsuit | 1249-000 | 25.63 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TOTAL GROSS RECEIPTS | | $ 253,110.80 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Suntrust Bank | 4110-000 | NA | 21,991.75 | 23,787.85 | 23,787.85 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 21,991.75 | $ 23,787.85 | $ 23,787.85 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Leigh R. Meininger | 2100-000 | NA | 15,905.54 | 15,905.54 | 15,905.54 |
| Leigh R. Meininger | 2200-000 | NA | 556.82 | 556.82 | 556.82 |
| International Sureties, Ltd | 2300-000 | NA | 118.26 | 118.26 | 118.26 |
| Power Tools | 2420-000 | NA | 195.00 | 195.00 | 195.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of Kansas City | 2600-000 | NA | 3,873.75 | 3,873.75 | 3,873.75 |
| Clerk of the Court | 2700-000 | NA | 700.00 | 700.00 | 700.00 |
| Esquire John Henry Meininger, III | 3110-000 | NA | 750.00 | 750.00 | 750.00 |
| Esquire John Henry Meininger, III | 3120-000 | NA | 82.07 | 82.07 | 82.07 |
| Burr & Forman, LLP | 3210-000 | NA | 48,111.00 | 48,111.00 | 48,111.00 |
| Burr & Forman, LLP | 3220-000 | NA | 929.24 | 929.24 | 929.24 |
| Emerson C. Noble, C. P. A. | 3410-000 | NA | 2,810.00 | 2,810.00 | 2,810.00 |
| Emerson C. Noble, C. P. A. | 3420-000 | NA | 44.40 | 44.40 | 44.40 |
| Ewald Auctions, Inc. | 3610-000 | NA | 28,467.40 | 28,467.40 | 28,467.40 |
| Ewald Auctions, Inc. | 3620-000 | NA | 3,968.35 | 3,968.35 | 3,968.35 |
| Sheri Greschner | 3731-000 | NA | 300.00 | 300.00 | 300.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 106,811.83 | $ 106,811.83 | $ 106,811.83 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | Florida Department Of Revenue | 5800-000 | NA | 6,649.91 | 6,649.91 | 6,649.91 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 6,649.91 | $ 6,649.91 | $ 6,649.91 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | A.A. Casey Company | 7100-000 | NA | 760.41 | 760.41 | 162.38 |
| 8 | Allen & Brenda Lord | 7100-000 | NA | 3,800.00 | 3,800.00 | 811.48 |
| 2 | Audio Enhancement | 7100-000 | NA | 236,098.36 | 236,098.36 | 50,418.41 |
| 9 | City Electric Supply | 7100-000 | NA | 6,777.99 | 6,777.99 | 1,447.43 |
| 13 | Consolidated Electrical Distributors, Inc. | 7100-000 | NA | 6,076.79 | 6,076.79 | 1,297.69 |
| 18 | Direct Collections | 7100-000 | NA | 17,185.50 | 17,185.50 | 0.00 |
| 16 | Dyna-Fire, Inc. | 7100-000 | NA | 48,725.60 | 48,725.60 | 10,405.27 |
| 3 | Graybar Electric Co., Inc. | 7100-000 | NA | 55,404.18 | 55,404.18 | 11,831.47 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Jasper Thompson Lightning Protection, Inc. | 7100-000 | NA | 76,440.00 | 76,440.00 | 16,323.63 |
| 19 | Premier Electrical Staffing, LLC | 7100-000 | NA | 63,740.63 | 63,740.63 | 13,611.71 |
| 14 | Proplus Communications | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 6 | Rexel Consolidated | 7100-000 | NA | 19,768.37 | 19,768.37 | 4,221.50 |
| 7 | Specialized Engraving & | 7100-000 | NA | 7,774.83 | 7,774.83 | 1,660.30 |
| | Clerk of the Court | 7100-001 | NA | 3,669.94 | 3,669.94 | 3,669.94 |
| | Insurance Company of the West | 7200-000 | NA | 17,185.50 | 17,185.50 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 563,408.10 | $ 563,408.10 | $ 115,861.21 |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 14-10307 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | Leigh R. Meininger |
|---|---|---|---|---|---|---|

Case Name: Continental Electrical Co. Of Florida, Inc.

Date Filed (f) or Converted (c): 09/10/2014 (f)

341(a) Meeting Date: 10/16/2014

For Period Ending: 03/23/2017

Claims Bar Date: 12/26/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Accounts Receiveable: Alexander Whitt | 343.23 | 343.23 | | 343.23 | FA |
| 2.  Accounts Receivable: Bangz | 183.00 | 0.00 | | 0.00 | FA |
| 3.  Accounts Receivable: Clancy & Theys | 28,958.59 | 16,660.39 | | 16,660.39 | FA |
| 4.  Accounts Receivable: County Square | 4,016.95 | 0.00 | | 0.00 | FA |
| 5.  Accounts Receivable: Dr. Kasfi | 444.00 | 0.00 | | 0.00 | FA |
| 6.  Accounts Receivable: Dubsdread Tap Room | 8,578.63 | 5,000.00 | | 5,000.00 | FA |
| 7.  Accounts Receivable: Duke Realty | 172.50 | 172.50 | | 172.50 | FA |
| 8.  Accounts Receivable: Elaine Sevepatti | 206.00 | 0.00 | | 0.00 | FA |
| 9.  Accounts Receivable: Eucalyptus Properties | 1,005.58 | 1,005.51 | | 1,005.51 | FA |
| 10. Accounts Receivable: Gilbane | 1,715.00 | 0.00 | | 0.00 | FA |
| 11. Accounts Receivable: Hilton Parc Soleil | 1,151.60 | 1,151.60 | | 1,151.60 | FA |
| 12. Accounts Receivable: James A. Cummings, Inc. | 35,234.99 | 24,046.60 | | 24,046.60 | FA |
| 13. Accounts Receivable: Lab Corp. | 135.40 | 0.00 | | 0.00 | FA |
| 14. Accounts Receivable: McCree, Inc. | 391,145.38 | 0.00 | | 0.00 | FA |
| 15. Accounts Receivable: MJL Property Mgmt. | 531.00 | 531.00 | | 531.00 | FA |
| 16. Accounts Receivable: Morse Museum | 80.00 | 0.00 | | 0.00 | FA |
| 17. Accounts Receivable: Nutech | 309.40 | 0.00 | | 0.00 | FA |
| 18. Accounts Receivable: Pandera | 223.11 | 0.00 | | 0.00 | FA |
| 19. Accounts Receivable: Presidio Network | 310.60 | 86,254.00 | | 0.00 | FA |
| 20. Accounts Receivable: Proplus | 1,695.00 | 0.00 | | 0.00 | FA |
| 21. Accounts Receivable: Quest Mgmt. | 210.00 | 0.00 | | 0.00 | FA |
| 22. Accounts Receivable: RD Michaels | 99,450.00 | 27,955.07 | | 27,955.07 | FA |
| 23. Accounts Receivable: Richoh USA | 1,145.77 | 0.00 | | 0.00 | FA |
| 24. Accounts Receivable: Structural Waterproofing | 165.24 | 165.24 | | 165.24 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-10307 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | Leigh R. Meininger |
|---|---|---|---|---|---|---|

Case Name:    Continental Electrical Co. Of Florida, Inc.

Date Filed (f) or Converted (c):    09/10/2014 (f)

341(a) Meeting Date:    10/16/2014

For Period Ending:    03/23/2017

Claims Bar Date:    12/26/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25.  Accounts Receivable: United Fire Protection | 406.60 | 0.00 | | 0.00 | FA |
| 26.  Accounts Receivable: Williams Company | 174,244.65 | 0.00 | | 0.00 | FA |
| 27.  Accounts Receivable: World Electric Supply | 1,225.00 | 0.00 | | 0.00 | FA |
| 28.  Retainage in the amount of $1,090,846.90 | Unknown | 0.00 | | 0.00 | FA |
| 29.  CNA Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 30.  2005 GMC Savana 2500, VIN: 1 GTGG25V951228090 | 2,455.00 | 4,400.00 | | 4,400.00 | FA |
| 31.  2008 GMC Savana 2500, VIN: 1 GTGG25C581128295 | 4,673.00 | 4,675.00 | | 4,675.00 | FA |
| 32.  2008 GMC Savana 2500, VIN: 1 GPGG25C481123301 | 9,332.00 | 8,250.00 | | 8,250.00 | FA |
| 33.  2005 GMC Savana 2500, VIN: 1 GTGG25V951228640 | 5,091.00 | 7,150.00 | | 7,150.00 | FA |
| 34.  2008 GMC Savana 2500, VIN: 1 GTGG25C081182247 | 7,290.00 | 8,250.00 | | 8,250.00 | FA |
| 35.  2008 GMC Savana 2500, VIN: 1 GTGG25C481223558 | 6,199.00 | 6,875.00 | | 6,875.00 | FA |
| 36.  2008 GMC Savana 2500, VIN: 1 GTGG25C481223995 | 4,725.00 | 13,750.00 | | 13,750.00 | FA |
| 37.  2003 Ford Van E250, VIN: 1 FTNE24L63H634475 | 3,224.00 | 5,500.00 | | 5,500.00 | FA |
| 38.  2004 Ford Van E250, VIN: 1 FTNE24W04HB34029 | 3,802.00 | 5,775.00 | | 5,775.00 | FA |
| 39.  2005 GMC Sierra 1500, VIN: 1 GTEC14V45Z237540 | 3,488.00 | 5,775.00 | | 5,775.00 | FA |
| 40.  1999 Ford F250 P/U Shop, VIN: 1 FTNF20L6XEE87194 | 3,204.00 | 4,400.00 | | 4,400.00 | FA |
| 41.  2008 GMC Sierra FLT, VIN: 3GTEC 7 3J98G281679 | 11,637.00 | 0.00 | | 13,200.00 | FA |
| 42.  1999 Ford F150, VIN: 1 FTRF17W4XNB62250 | 1,960.00 | 2,420.00 | | 2,420.00 | FA |
| 43.  1994 Ford F250 (panel sides), VIN: 1 FTHF25H7RNB65264 | 1,249.00 | 2,200.00 | | 2,200.00 | FA |
| 44.  1988 GMC 6000 box truck, VIN: 1 GDE6D1 B3JV506496 | 3,870.00 | 1,540.00 | | 1,540.00 | FA |
| 45.  1985 Ford F700 bucket truck, VIN: 1 FDNK74N1 FVA29366 | 6,400.00 | 2,475.00 | | 2,475.00 | FA |
| 46.  1977 Ford F800 box truck, VIN: N80FV085997 | 2,100.00 | 990.00 | | 990.00 | FA |
| 47.  2005 Ford F150, VIN: 1 FTPW12505FA99760 | 5,794.00 | 8,800.00 | | 8,800.00 | FA |
| 48.  2008 GMC Denali, VIN 2G T E K638281301941 | 14,326.00 | Unknown | | 19,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-10307 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | Leigh R. Meininger |
|---|---|---|---|---|---|---|
| Case Name: | Continental Electrical Co. Of Florida, Inc. | | | | Date Filed (f) or Converted (c): | 09/10/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/16/2014 |
| For Period Ending: | 03/23/2017 | | | | Claims Bar Date: | 12/26/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 49.  Artillery Trailer, 14', VIN: NOVIN0200021599 | 3,100.00 | 275.00 | | 275.00 | FA |
| 50.  Duai wheel utility trailer, VIN: NOVIN000090013376 | 1,235.00 | 550.00 | | 550.00 | FA |
| 51.  12X6 flat trailer, VIN: NOVIN0200298607 | 2,640.00 | 412.50 | | 412.50 | FA |
| 52.  Utility trailer (red), VIN: NOVIN000081977574 | 479.00 | 467.50 | | 467.50 | FA |
| 53.  Tugger trailer, VIN: NOVIN0200021604 | 395.00 | 110.00 | | 110.00 | FA |
| 54.  Lt. bar, VIN: WC3652S | 195.00 | 0.00 | | 0.00 | FA |
| 55.  Generators, grinders, saws, saws, paint guns, drills, gang b | Unknown | 48,330.70 | | 48,330.70 | FA |
| 56.  Refund from United Healthcare (u) | 0.00 | 329.85 | | 329.85 | FA |
| 57.  Refund from Office Depot Account (u) | 0.00 | 3.60 | | 3.60 | FA |
| 58.  Refund from Ricoh (u) | 0.00 | 149.88 | | 149.88 | FA |
| 59.  Settlment Proceeds  - Class Action Lawsuit (u) | 0.00 | 21.23 | | 25.63 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $862,150.22        $307,160.40        $253,110.80        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

09/22/14: Application to Employ Robert H. Ewald as Auctioneer is filed (Document Number 8).

09/22/14:  Order Approving Application to Employ/Retain Robert H Ewald as Auctioneer is entered (Document Number 9).

09/23/14: Application to Employ Emerson C. Noble as Accountant is filed (Document Number 11).

09/24/14: Order Approving Application to Employ/Retain  Emerson C Noble as Accountant  is filed (Document Number 13).

09/25/14: Report and Notice of Trustee's Intention to Sell Property of the Estate at Public Auction is filed (Document Number 20).

10/01/14: Notice of Intent to Sell Property of the Estate regarding 2008 GMC Denali is filed (Document Number 22).

10/24/14: Application to Employ John H. Meininger, III as Attorney for Trustee is filed (Document Number 28).

10/20/14:  Order Approving Application to Employ/Retain John Henry Meininger, III as Attorney for Trustee is entered (Document Number 24).

11/04/14: Notice of Completion of Sale is filed (Document Number 38).

11/05/14:  Application to Employ Steven Sokolic and Benefit Consultants Group as Professional Consultant is filed (Document Number 39).

11/06/14:  Application to Employ Sheri Greschner as Professional is filed (Document Number 40).  Order Approving Application to Employ/Retain Steven Sokolic Esq as Consultant for Trustee is entered (Document Number 41).  Application to Employ Peter C. Vilmos, Esquire as Special Counsel is filed (Document Number 42).

11/07/14:  Order Approving Application to Employ/Retain  Peter C Vilmos as Special Counsel is entered (Document Number 44).

11/06/15:  Order on Steven Sokolic signed.

11/18/14:  Order Approving Application to Employ/Retain Sheri Greschner as Professional Nunc Pro Tunc to September 10, 2014 is filed (Document Number 46).

01/15/15: Claims review complete.

09/18/15: Adversary Complaint by Leigh R. Meininger, Trustee against James A. Cummings, Inc. is filed (6:15-ap-00129-CCJ).

12/01/15: Motion to Approve Compromise of Controversy or Settlement Agreement relating to parties: Clancy  R.D.Michaels, Inc., Tap Room at Dubsdread, LLC, and James A. Cummings, Inc. is filed (Document Number 56).

12/15/115:  Compromise is running.  Then we will do  a tax return and close.  TFR Date is adjusted because collecting A/R  has taken longer than anticipated.
New date is March 5th 2016.

12/30/15:  Compromise order.    Special Counsel is finishing up collection work.

01/04/16:  Fee application for Peter Vilmos has been approved.  Tax work will be done.

02/24/16: Trustee's Objection to Claim Number 5 of the Internal Revenue Service is filed (Document Number 67).

03/24/15: Order Sustaining Trustee's Objection to Claim Number 5 of Internal Revenue Service is entered (Document Number 72).

05/04/16: Order Sustaining Trustee's Objection to Claim Number 10 filed by World Electric Supply; Claim Number 12 filed by McCree Design Builders, Inc.; and Claim Number 15 field by Williams Company is entered (Document Number 75)

RE PROP #        54    --    Asset did not sale at auction
RE PROP #        59    --    Kota v. Wasge Management

Initial Projected Date of Final Report (TFR): 11/30/2016          Current Projected Date of Final Report (TFR): 06/07/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-10307

Case Name: Continental Electrical Co. Of Florida, Inc.

Taxpayer ID No: XX-XXX1702

For Period Ending: 03/23/2017

Trustee Name: Leigh R. Meininger

Bank Name: BOK Financial

Account Number/CD#: XXXXXX5572

Checking

Blanket Bond (per case limit): $32,583,498.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/23/14 | 1 | Alexander Whitt | Invoice 54259 | | 1121-000 | $343.23 | | $343.23 |
| 09/23/14 | 15 | MJL Property Mgt. | Invoice 54265 | | 1121-000 | $123.00 | | $466.23 |
| 09/23/14 | 15 | MJL Property Mgt. | Invoice 54265 | | 1121-000 | $408.00 | | $874.23 |
| 10/13/14 | 48 | Dennis E. Steventon | Buyback | | 1129-000 | $19,000.00 | | $19,874.23 |
| 10/31/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $15.73 | $19,858.50 |
| 11/03/14 | 56 | United Healthcare | Refund | | 1229-000 | $329.85 | | $20,188.35 |
| 11/10/14 | | Ewald Auctions, Inc. Ewald Auctions, Inc. 12472 Lake Underhill Road, Suite 312 Orlando, Florida 32828 | Auction Proceeds | | | $155,570.70 | | $175,759.05 |
| | | | Gross Receipts | $155,570.70 | | | | |
| | 30 | | 2005 GMC Savana 2500, VIN: 1 GTGG25V951228090 | $4,400.00 | 1129-000 | | | |
| | 31 | | 2008 GMC Savana 2500, VIN: 1 GTGG25C581128295 | $4,675.00 | 1129-000 | | | |
| | 32 | | 2008 GMC Savana 2500, VIN: 1 GPGG25C481123301 | $8,250.00 | 1129-000 | | | |
| | 33 | | 2005 GMC Savana 2500, VIN: 1 GTGG25V951228543 | $7,150.00 | 1129-000 | | | |
| | 34 | | 2008 GMC Savana 2500, VIN: 1 GTGG25C081182247 | $8,250.00 | 1129-000 | | | |
| | 35 | | 2008 GMC Savana 2500, VIN: 1 GTGG25C481223558 | $6,875.00 | 1129-000 | | | |
| | 36 | | 2008 GMC Savana 2500, VIN: 1 GTGG25C481223995 | $13,750.00 | 1129-000 | | | |
| | 37 | | 2003 Ford Van E250, VIN: 1 FTNE24L63H634475 | $5,500.00 | 1129-000 | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Page Subtotals:                    $175,774.78          $15.73

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-10307

Case Name: Continental Electrical Co. Of Florida, Inc.

Taxpayer ID No: XX-XXX1702

For Period Ending: 03/23/2017

Trustee Name: Leigh R. Meininger

Bank Name: BOK Financial

Account Number/CD#: XXXXXX5572

Checking

Blanket Bond (per case limit): $32,583,498.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 38 | | 2004 Ford Van E250, VIN: 1 FTNE24W04HB34029 | $5,775.00 | 1129-000 | | | |
| | 39 | | 2005 GMC Sierra 1500, VIN: 1 GTEC14V45Z237540 | $5,775.00 | 1129-000 | | | |
| | 40 | | 1999 Ford F250 P/U Shop, VIN: 1 FTNF20L6XEE87194 | $4,400.00 | 1129-000 | | | |
| | 41 | | 2008 GMC Sierra FLT, VIN: 3GTEC 7 3J98G281679 | $13,200.00 | 1129-000 | | | |
| | 42 | | 1999 Ford F150, VIN: 1 FTRF17W4XNB62250 | $2,420.00 | 1129-000 | | | |
| | 43 | | 1994 Ford F250 (panel sides), VIN: 1 FTHF25H7RNB65264 | $2,200.00 | 1129-000 | | | |
| | 44 | | 1988 GMC 6000 box truck, VIN: 1 GDE6D1 B3JV506496 | $1,540.00 | 1129-000 | | | |
| | 45 | | 1985 Ford F700 bucket truck, VIN: 1 FDNK74N1 FVA29366 | $2,475.00 | 1129-000 | | | |
| | 46 | | 1977 Ford F800 box truck, VIN: N80FV085997 | $990.00 | 1129-000 | | | |
| | 47 | | 2005 Ford F150, VIN: 1 FTPW12505FA99760 | $8,800.00 | 1129-000 | | | |
| | 49 | | Artillery Trailer, 14', VIN: NOVIN0200021599 | $275.00 | 1129-000 | | | |
| | 50 | | Duai wheel utility trailer, VIN: NOVIN000090013376 | $550.00 | 1129-000 | | | |
| | 51 | | 12X6 flat trailer, VIN: NOVIN0200298607 | $412.50 | 1129-000 | | | |
| | 52 | | Utility trailer (red), VIN: NOVIN000081977574 | $467.50 | 1129-000 | | | |
| | 53 | | Tugger trailer, VIN: NOVIN0200021604 | $110.00 | 1129-000 | | | |
| | 55 | | Generators, grinders, saws, saws, paint guns, drills, gang b | $47,330.70 | 1129-000 | | | |
| 11/10/14 | | Ewald Auctions, Inc. Ewald Auctions, Inc. 12472 Lake Underhill Road, Suite 312 Orlando, Florida 32828 | Auction Proceeds | | $156,570.70 | | $332,329.75 |

Page Subtotals:                                     $156,570.70        $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-10307

Case Name: Continental Electrical Co. Of Florida, Inc.

Taxpayer ID No: XX-XXX1702

For Period Ending: 03/23/2017

Trustee Name: Leigh R. Meininger

Bank Name: BOK Financial

Account Number/CD#: XXXXXX5572

Checking

Blanket Bond (per case limit): $32,583,498.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Gross Receipts $156,570.70 | | | | |
| | 30 | | 2005 GMC Savana 2500, VIN: 1 GTGG25V951228090 $4,400.00 | 1129-000 | | | |
| | 31 | | 2008 GMC Savana 2500, VIN: 1 GTGG25C581128295 $4,675.00 | 1129-000 | | | |
| | 32 | | 2008 GMC Savana 2500, VIN: 1 GPGG25C481123301 $8,250.00 | 1129-000 | | | |
| | 33 | | 2005 GMC Savana 2500, VIN: 1 GTGG25V951228543 $7,150.00 | 1129-000 | | | |
| | 34 | | 2008 GMC Savana 2500, VIN: 1 GTGG25C081182247 $8,250.00 | 1129-000 | | | |
| | 35 | | 2008 GMC Savana 2500, VIN: 1 GTGG25C481223558 $6,875.00 | 1129-000 | | | |
| | 36 | | 2008 GMC Savana 2500, VIN: 1 GTGG25C481223995 $13,750.00 | 1129-000 | | | |
| | 37 | | 2003 Ford Van E250, VIN: 1 FTNE24L63H634475 $5,500.00 | 1129-000 | | | |
| | 38 | | 2004 Ford Van E250, VIN: 1 FTNE24W04HB34029 $5,775.00 | 1129-000 | | | |
| | 39 | | 2005 GMC Sierra 1500, VIN: 1 GTEC14V45Z237540 $5,775.00 | 1129-000 | | | |
| | 40 | | 1999 Ford F250 P/U Shop, VIN: 1 FTNF20L6XEE87194 $4,400.00 | 1129-000 | | | |
| | 41 | | 2008 GMC Sierra FLT, VIN: 3GTEC 7 3J98G281679 $13,200.00 | 1129-000 | | | |
| | 42 | | 1999 Ford F150, VIN: 1 FTRF17W4XNB62250 $2,420.00 | 1129-000 | | | |
| | 43 | | 1994 Ford F250 (panel sides), VIN: 1 FTHF25H7RNB65264 $2,200.00 | 1129-000 | | | |
| | 44 | | 1988 GMC 6000 box truck, VIN: 1 GDE6D1 B3JV506496 $1,540.00 | 1129-000 | | | |
| | 45 | | 1985 Ford F700 bucket truck, VIN: 1 FDNK74N1 FVA29366 $2,475.00 | 1129-000 | | | |
| | 46 | | 1977 Ford F800 box truck, VIN: N80FV085997 $990.00 | 1129-000 | | | |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-10307

Case Name: Continental Electrical Co. Of Florida, Inc.

Taxpayer ID No: XX-XXX1702

For Period Ending: 03/23/2017

Trustee Name: Leigh R. Meininger

Bank Name: BOK Financial

Account Number/CD#: XXXXXX5572

Checking

Blanket Bond (per case limit): $32,583,498.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 47 | | 2005 Ford F150, VIN: 1 FTPW12505FA99760 | $8,800.00 | 1129-000 | | | |
| | 49 | | Artillery Trailer, 14', VIN: NOVIN0200021599 | $275.00 | 1129-000 | | | |
| | 50 | | Dual wheel utility trailer, VIN: NOVIN000090013376 | $550.00 | 1129-000 | | | |
| | 51 | | 12X6 flat trailer, VIN: NOVIN0200298607 | $412.50 | 1129-000 | | | |
| | 52 | | Utility trailer (red), VIN: NOVIN000081977574 | $467.50 | 1129-000 | | | |
| | 53 | | Tugger trailer, VIN: NOVIN0200021604 | $110.00 | 1129-000 | | | |
| | 55 | | Generators, grinders, saws, saws, paint guns, drills, gang b | $48,330.70 | 1129-000 | | | |
| 11/10/14 | | Ewald Auctions, Inc. Ewald Auctions, Inc. 12472 Lake Underhill Road, Suite 312 Orlando, Florida 32828 | Auction Proceeds Reversal Entered for wrong amount | | ($155,570.70) | | $176,759.05 |
| | | | Gross Receipts | ($155,570.70) | | | | |
| | 30 | | 2005 GMC Savana 2500, VIN: 1 GTGG25V951228090 | ($4,400.00) | 1129-000 | | | |
| | 31 | | 2008 GMC Savana 2500, VIN: 1 GTGG25C581128295 | ($4,675.00) | 1129-000 | | | |
| | 32 | | 2008 GMC Savana 2500, VIN: 1 GPGG25C481123301 | ($8,250.00) | 1129-000 | | | |
| | 33 | | 2005 GMC Savana 2500, VIN: 1 GTGG25V951228543 | ($7,150.00) | 1129-000 | | | |
| | 34 | | 2008 GMC Savana 2500, VIN: 1 GTGG25C081182247 | ($8,250.00) | 1129-000 | | | |
| | 35 | | 2008 GMC Savana 2500, VIN: 1 GTGG25C481223558 | ($6,875.00) | 1129-000 | | | |
| | 36 | | 2008 GMC Savana 2500, VIN: 1 GTGG25C481223995 | ($13,750.00) | 1129-000 | | | |
| | 37 | | 2003 Ford Van E250, VIN: 1 FTNE24L63H634475 | ($5,500.00) | 1129-000 | | | |

Page Subtotals: ($155,570.70) $0.00

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 14-10307 | Trustee Name: Leigh R. Meininger |
| Case Name: Continental Electrical Co. Of Florida, Inc. | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX5572 |
| | Checking |
| Taxpayer ID No: XX-XXX1702 | Blanket Bond (per case limit): $32,583,498.00 |
| For Period Ending: 03/23/2017 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 38 | | 2004 Ford Van E250, VIN: 1 FTNE24W04HB34029 | ($5,775.00) | 1129-000 | | |
| | 39 | | 2005 GMC Sierra 1500, VIN: 1 GTEC14V45Z237540 | ($5,775.00) | 1129-000 | | |
| | 40 | | 1999 Ford F250 P/U Shop, VIN: 1 FTNF20L6XEE87194 | ($4,400.00) | 1129-000 | | |
| | 41 | | 2008 GMC Sierra FLT, VIN: 3GTEC 7 3J98G281679 | ($13,200.00) | 1129-000 | | |
| | 42 | | 1999 Ford F150, VIN: 1 FTRF17W4XNB62250 | ($2,420.00) | 1129-000 | | |
| | 43 | | 1994 Ford F250 (panel sides), VIN: 1 FTHF25H7RNB65264 | ($2,200.00) | 1129-000 | | |
| | 44 | | 1988 GMC 6000 box truck, VIN: 1 GDE6D1 B3JV506496 | ($1,540.00) | 1129-000 | | |
| | 45 | | 1985 Ford F700 bucket truck, VIN: 1 FDNK74N1 FVA29366 | ($2,475.00) | 1129-000 | | |
| | 46 | | 1977 Ford F800 box truck, VIN: N80FV085997 | ($990.00) | 1129-000 | | |
| | 47 | | 2005 Ford F150, VIN: 1 FTPW12505FA99760 | ($8,800.00) | 1129-000 | | |
| | 49 | | Artillery Trailer, 14', VIN: NOVIN0200021599 | ($275.00) | 1129-000 | | |
| | 50 | | Duai wheel utility trailer, VIN: NOVIN000090013376 | ($550.00) | 1129-000 | | |
| | 51 | | 12X6 flat trailer, VIN: NOVIN0200298607 | ($412.50) | 1129-000 | | |
| | 52 | | Utility trailer (red), VIN: NOVIN000081977574 | ($467.50) | 1129-000 | | |
| | 53 | | Tugger trailer, VIN: NOVIN0200021604 | ($110.00) | 1129-000 | | |
| | 55 | | Generators, grinders, saws, saws, paint guns, drills, gang b | ($47,330.70) | 1129-000 | | |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  14-10307

Case Name:  Continental Electrical Co. Of Florida, Inc.

Taxpayer ID No:  XX-XXX1702

For Period Ending:  03/23/2017

Trustee Name:  Leigh R. Meininger

Bank Name:  BOK Financial

Account Number/CD#:  XXXXXX5572

Checking

Blanket Bond (per case limit):  $32,583,498.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/12/14 | 1001 | Suntrust Bank<br>M. Kathryn Smith<br>Stovash, Case & Tingley, P.A.<br>220 North Rosalind Avenue<br>Orlando, Fl 32801 | Payment on Claim | 4110-000 | | $23,787.85 | $152,971.20 |
| 11/13/14 | 1002 | Ewald Auctions, Inc.<br>Ewald Auctions, Inc.<br>12472 Lake Underhill Road, Suite 312<br>Orlando, Florida 32828 | Auctioneer Fees | 3610-000 | | $28,467.40 | $124,503.80 |
| 11/13/14 | 1003 | Ewald Auctions, Inc.<br>Ewald Auctions, Inc.<br>12472 Lake Underhill Road, Suite 312<br>Orlando, Florida 32828 | Auctioneer Expenses | 3620-000 | | $3,968.35 | $120,535.45 |
| 11/24/14 | 57 | Citibank, N.A. | Refund | 1229-000 | $3.60 | | $120,539.05 |
| 11/28/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $115.35 | $120,423.70 |
| 12/31/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $178.98 | $120,244.72 |
| 01/14/15 | 58 | Ricoh USA, Inc. | Refund | 1229-000 | $149.88 | | $120,394.60 |
| 01/15/15 | 12 | James A. Cummings, Inc. | Accounts Receiveable | 1121-000 | $11,046.60 | | $131,441.20 |
| 01/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $185.08 | $131,256.12 |
| 02/03/15 | 1004 | International Sureties, Ltd<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016027985 | 2300-000 | | $127.03 | $131,129.09 |
| 02/27/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $176.06 | $130,953.03 |
| 03/17/15 | 19 | Presidio Network | Accounts Receiveable | 1121-000 | $86,254.00 | | $217,207.03 |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Page Subtotals:                    $97,454.08        $57,006.10

Case 6:14-bk-10307-CCJ   Doc 91   Filed 03/27/17   Page 20 of 26

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-10307

Case Name: Continental Electrical Co. Of Florida, Inc.

Taxpayer ID No: XX-XXX1702

For Period Ending: 03/23/2017

Trustee Name: Leigh R. Meininger

Bank Name: BOK Financial

Account Number/CD#: XXXXXX5572

Checking

Blanket Bond (per case limit): $32,583,498.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/15 | | International Sureties, Ltd 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Refund of Surety Bond | 2300-000 | | ($48.36) | $217,255.39 |
| 03/30/15 | 24 | Structural Waterproofing | Accounts Receiveable | 1121-000 | $165.24 | | $217,420.63 |
| 03/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $242.40 | $217,178.23 |
| 03/31/15 | 1005 (19) | Persidio Networked Solutions 10 SIxth Road Woburgn, MA 01801 | Return of Funds to Creditors | 1121-000 | ($86,254.00) | | $130,924.23 |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $312.37 | $130,611.86 |
| 05/21/15 | 7 | Duke Realty | Accounts Receiveable | 1121-000 | $172.50 | | $130,784.36 |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $247.93 | $130,536.43 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $187.75 | $130,348.68 |
| 07/02/15 | 59 | Kota V. Waste Management | Settlement Proceeds | 1249-000 | $21.23 | | $130,369.91 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $193.76 | $130,176.15 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $193.48 | $129,982.67 |
| 09/02/15 | 1006 | Power Tools 1250 U.S. Highway 17-92, Suite 240 Longwood, FL 32750 | Invoice 304049 Software vendor assistance in preparing financial reports our of corporate computer | 2420-000 | | $195.00 | $129,787.67 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $186.75 | $129,600.92 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page Subtotals:          ($85,895.03)          $1,711.08

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-10307
Case Name: Continental Electrical Co. Of Florida, Inc.

Trustee Name: Leigh R. Meininger
Bank Name: BOK Financial
Account Number/CD#: XXXXXX5572
Checking

Exhibit 9

Taxpayer ID No: XX-XXX1702
For Period Ending: 03/23/2017

Blanket Bond (per case limit): $32,583,498.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $192.62 | $129,408.30 |
| 11/10/15 | 59 | Kota V. Waste Management | Settlement Proceeds | 1249-000 | $4.40 | | $129,412.70 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $186.13 | $129,226.57 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $192.06 | $129,034.51 |
| 01/26/16 | 1007 | Burr & Forman, LLP Attention: Peter C. Vilmos, Esquire 200 S. Orange Avenue, Suite 800 Orlando, FL 32801 | Pursuant to Court Order dated 01/05/16 (Document Number 59) | 3210-000 | | $37,442.00 | $91,592.51 |
| 01/26/16 | 1008 | Burr & Forman, LLP Attention: Peter C. Vilmos, Esquire 200 S. Orange Avenue, Suite 800 Orlando, FL 32801 | Pursuant to Court Order dated 01/05/16 (Document Number 59) | 3220-000 | | $467.51 | $91,125.00 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $191.26 | $90,933.74 |
| 02/02/16 | | Burr & Forman, LLP | Pursuant to Court Order dated 01/05/16 (Document Number 59).` | | | | $90,933.74 |
| 02/02/16 | | Burr & Forman, LLP | Pursuant to Court Order dated 01/05/16 (Document Number 59) | 1121-000 | $0.00 | | $90,933.74 |
| 02/02/16 | | Burr & Forman, LLP | Pursuant to Court Order Reversal Voided to correct amount | 1121-000 | $0.00 | | $90,933.74 |

Page Subtotals: $4.40 $38,671.58

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-10307

Case Name: Continental Electrical Co. Of Florida, Inc.

Taxpayer ID No: XX-XXX1702

For Period Ending: 03/23/2017

Trustee Name: Leigh R. Meininger

Bank Name: BOK Financial

Account Number/CD#: XXXXXX5572

Checking

Blanket Bond (per case limit): $32,583,498.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/02/16 | | Burr & Forman, LLP | Pursuant to Court Order dated 01/05/16 (Document Number 59) which settles Assets #3, 12 and 22 Remaining funds are settlement of Assets 9 and 11 in full | | $59,772.57 | | $150,706.31 |
| | | | Gross Receipts                   $59,772.57 | | | | |
| | 3 | | Accounts Receivable: Clancy & Theys          $16,660.39 | 1121-000 | | | |
| | 9 | | Accounts Receivable: Eucalyptus Properties          $1,005.51 | 1121-000 | | | |
| | 11 | | Accounts Receivable: Hilton Parc Soleil          $1,151.60 | 1121-000 | | | |
| | 12 | | Accounts Receivable: James A. Cummings, Inc.          $13,000.00 | 1121-000 | | | |
| | 22 | | Accounts Receivable: RD Michaels          $27,955.07 | 1121-000 | | | |
| 02/02/16 | | Burr & Forman, LLP | Pursuant to Court Order Reversal Removed to correct asset links | | | | $150,706.31 |
| 02/09/16 | 1009 | International Sureties, Ltd 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond 016027985 | 2300-000 | | $39.59 | $150,666.72 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $196.29 | $150,470.43 |
| 03/10/16 | 6 | Burr & Forman, LLP | Pursuant to Court Order dated 01/05/16 (Document Number 59 | 1121-000 | $5,000.00 | | $155,470.43 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $227.30 | $155,243.13 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $222.68 | $155,020.45 |

Page Subtotals:          $64,772.57          $685.86

Page: **10**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-10307
Case Name: Continental Electrical Co. Of Florida, Inc.

Trustee Name: Leigh R. Meininger
Bank Name: BOK Financial
Account Number/CD#: XXXXXX5572
Checking

Exhibit 9

Taxpayer ID No: XX-XXX1702
For Period Ending: 03/23/2017

Blanket Bond (per case limit): $32,583,498.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $229.77 | $154,790.68 |
| 09/20/16 | 1010 | Leigh R. Meininger Post Office Box 1946 Orlando, FL  32802-1946 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $15,905.54 | $138,885.14 |
| 09/20/16 | 1011 | Leigh R. Meininger Post Office Box 1946 Orlando, FL  32802-1946 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $556.82 | $138,328.32 |
| 09/20/16 | 1012 | Clerk of the Court United States Bankruptcy Court 400 West Washington Street, Suite 5100 Orlando, Florida 32801 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $700.00 | $137,628.32 |
| 09/20/16 | 1013 | Esquire John Henry Meininger, III Meininger & Meininger, P.A.Post Office Box 1946 Orlando, Florida  32802-1946 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $750.00 | $136,878.32 |
| 09/20/16 | 1014 | Esquire John Henry Meininger, III Meininger & Meininger, P.A.Post Office Box 1946 Orlando, Florida  32802-1946 | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $82.07 | $136,796.25 |
| 09/20/16 | 1015 | Burr & Forman, LLP Attention: Peter C. Vilmos, Esquire 200 S. Orange Avenue, Suite 800 Orlando, FL 32801 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $10,669.00 | $126,127.25 |
| 09/20/16 | 1016 | Burr & Forman, LLP Attention: Peter C. Vilmos, Esquire 200 S. Orange Avenue, Suite 800 Orlando, FL 32801 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $461.73 | $125,665.52 |
| 09/20/16 | 1017 | Emerson C. Noble, C. P. A. 2572 West State Road 426 Suite 3016 Oviedo, FL 32765 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $2,810.00 | $122,855.52 |

Page Subtotals:                    $0.00          $32,164.93

Case 6:14-bk-10307-CCJ   Doc 91   Filed 03/27/17   Page 24 of 26

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-10307

Case Name: Continental Electrical Co. Of Florida, Inc.

Taxpayer ID No: XX-XXX1702

For Period Ending: 03/23/2017

Trustee Name: Leigh R. Meininger

Bank Name: BOK Financial

Account Number/CD#: XXXXXX5572

Checking

Blanket Bond (per case limit): $32,583,498.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/20/16 | 1018 | Emerson C. Noble, C. P. A. 2572 West State Road 426 Suite 3016 Oviedo, FL 32765 | Final distribution representing a payment of 100.00 % per court order. | 3420-000 | | $44.40 | $122,811.12 |
| 09/20/16 | 1019 | Sheri Greschner 3409 Greenbluff Road Zellwood, FL 32798-9765 | Final distribution representing a payment of 100.00 % per court order. | 3731-000 | | $300.00 | $122,511.12 |
| 09/20/16 | 1020 | Florida Department Of Revenue Bankruptcy Unit Post Office Box 6668 Tallahassee Fl 32314 6668 | Final distribution to claim 17 representing a payment of 100.00 % per court order. | 5800-000 | | $6,649.91 | $115,861.21 |
| 09/20/16 | 1021 | Audio Enhancement 14241 S. Redwood Rd. Bluffdale, Ut 84065 | Final distribution to claim 2 representing a payment of 21.35 % per court order. | 7100-000 | | $50,418.41 | $65,442.80 |
| 09/20/16 | 1022 | Graybar Electric Co., Inc. P O Box 403062 Atlanta, Ga 30384-3062 | Final distribution to claim 3 representing a payment of 21.35 % per court order. | 7100-000 | | $11,831.47 | $53,611.33 |
| 09/20/16 | 1023 | A.A. Casey Company 5124 Nebraska Ave. Tampa, Fl 33603 | Final distribution to claim 4 representing a payment of 21.35 % per court order. | 7100-000 | | $162.38 | $53,448.95 |
| 09/20/16 | 1024 | Rexel Consolidated P O Box 742384 Atlanta, Ga 30374-2103 | Final distribution to claim 6 representing a payment of 21.35 % per court order. | 7100-000 | | $4,221.50 | $49,227.45 |
| 09/20/16 | 1025 | Specialized Engraving & Graphics 1052 West State Road 436 Suite 1062 Altamonte Springs, Fl 32714 | Final distribution to claim 7 representing a payment of 21.35 % per court order. | 7100-000 | | $1,660.30 | $47,567.15 |
| 09/20/16 | 1026 | Allen & Brenda Lord 751 Williams Dr. Winter Park Fl 32789 | Final distribution to claim 8 representing a payment of 21.35 % per court order. | 7100-000 | | $811.48 | $46,755.67 |
| 09/20/16 | 1027 | City Electric Supply P O Box 609521 Orlando, FL 32860-9521 | #4001 | 7100-000 | | $1,447.43 | $45,308.24 |

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

Page Subtotals: $0.00   $77,547.28

Case 6:14-bk-10307-CCJ Doc 91 Filed 03/27/17 Page 25 of 26

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-10307                                                                                           Trustee Name: Leigh R. Meininger                    Exhibit 9
Case Name: Continental Electrical Co. Of Florida, Inc.                                 Bank Name: BOK Financial
                                                                                                                  Account Number/CD#: XXXXXX5572
                                                                                                                  Checking
Taxpayer ID No: XX-XXX1702                                                            Blanket Bond (per case limit): $32,583,498.00
For Period Ending: 03/23/2017                                                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/20/16 | 1028 | Jasper Thompson Lightning Protection, Inc. 2567 Ham Brown Rd Kissimmee Florida 34746 | Final distribution to claim 11 representing a payment of 21.35 % per court order. | 7100-000 | | $16,323.63 | $28,984.61 |
| 09/20/16 | 1029 | Consolidated Electrical Distributors, Inc. Michael Lundberg 5550 W Idlewild Ave Ste 113 Tampa FL 33634 | Final distribution to claim 13 representing a payment of 21.35 % per court order. | 7100-000 | | $1,297.69 | $27,686.92 |
| 09/20/16 | 1030 | Dyna-Fire, Inc. 109-B Concord Dr. Suite B Casselberry, FL 32707 | Final distribution to claim 16 representing a payment of 21.35 % per court order. | 7100-000 | | $10,405.27 | $17,281.65 |
| 09/20/16 | 1031 | Direct Collections 1145 El Camino Real San Diego, CA 92130 | 3196 | 7100-000 | | $3,669.94 | $13,611.71 |
| 09/20/16 | 1032 | Premier Electrical Staffing, LLC c.o Reese J. Henderson, Jr., Esquire GrayRobinson, P.A. 50 North Laura Street, Suite 1100 Jacksonville, FL 32202 | Final distribution to claim 19 representing a payment of 21.35 % per court order. | 7100-000 | | $13,611.71 | $0.00 |
| 01/12/17 | 1031 | Direct Collections 1145 El Camino Real San Diego, CA 92130 | 3196 Reversal | 7100-000 | | ($3,669.94) | $3,669.94 |
| 01/12/17 | 1033 | Clerk of the Court United States Bankruptcy Court 400 West Washington Street, Suite 5100 Orlando, Florida 32801 | Remit to Court | 7100-001 | | $3,669.94 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $253,110.80 | $253,110.80 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $253,110.80 | $253,110.80 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $253,110.80 | $253,110.80 |

Page Subtotals:                                                    $0.00          $45,308.24

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5572 - Checking | $253,110.80 | $253,110.80 | $0.00 |
| | $253,110.80 | $253,110.80 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $253,110.80 |
| Total Gross Receipts: | $253,110.80 |

Page Subtotals: $0.00 $0.00